# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | § § § | MDL 2804 |
| THIS DOCUMENT RELATES TO: | § § § | TO BE FILED in Case No. 1:18-op-45282-DAP |
| Case No. 4:18-CV-00052-MHC (N.D. Ga.) | § § | Hon. Dan Aaron Polster |
| *All Cases Not Designated In Paragraphs 2 or 3 of CMO-1* | § § § § | |
| CITY OF ROME, GEORGIA, a municipal corporation, FLOYD COUNTY, GEORGIA, CHATTOOGA COUNTY, GEORGIA, WHITFIELD COUNTY, GEORGIA, CITY OF CARTERSVILLE, GEORGIA, a municipal corporation, CITY OF ASHBURN, GEORGIA, CITY OF CALHOUN, GEORGIA, CITY OF CHATSWORTH, GEORGIA, COLQUITT COUNTY, GEORGIA, CITY OF DAWSONVILLE, GEORGIA, GORDON COUNTY, GEORGIA, CITY OF HELEN, GEORGIA, CITY OF JACKSON, GEORGIA, CITY OF MARIETTA, GEORGIA, CITY OF MCDONOUGH, GEORGIA, CITY OF MOULTRIE, GEORGIA, MURRAY COUNTY, GEORGIA, CITY OF RINGGOLD, GEORGIA, CITY OF SNELLVILLE, GEORGIA, TELFAIR COUNTY, GEORGIA, CITY OF VALDOSTA, GEORGIA, CITY OF VILLA RICA, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| GEORGIA, CITY OF WINDER, GEORGIA, and CITY OF WOODSTOCK, GEORGIA, and all others similarly situated, (class-action)<br><br>      Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P.; *et al.*,<br><br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

Plaintiffs City of Rome, Georgia, Floyd County, Georgia, Chattooga County, Georgia, Whitfield County, Georgia, City of Cartersville, Georgia, City of Ashburn, Georgia, City of Calhoun, Georgia, City of Chatsworth, Georgia, Colquitt County, Georgia, City of Dawsonville, Georgia, Gordon County, Georgia, City of Helen, Georgia, City of Jackson, Georgia, City of Marietta, Georgia, City of McDonough, Georgia, , City of Moultrie, Georgia, Murray County, Georgia, City of Ringgold, Georgia, , City of Snellville, Georgia, Telfair County, Georgia, City of Valdosta, Georgia, City of Villa Rica, Georgia, City of Winder, Georgia, and City of Woodstock, Georgia  (collectively, "Plaintiffs"), pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby stipulate to the dismissal with prejudice of this action against Defendant Publix Super Markets, Inc. only. Each party will bear its own costs and fees.

So stipulated, this 23rd day of October 2023.

**DAVIS LUCAS CARTER LLP**

*/s/ J. Anderson Davis*
J. Anderson Davis
Georgia Bar No. 211077
Samuel L. Lucas
Georgia Bar No. 142305
Lee B. Carter
Georgia Bar No. 595903
210 E. 2nd Avenue, Suite 301
Rome, Georgia 30161
Phone:  (706) 842-7555
adavis@davislucascarter.com
slucas@davislucascarter.com
lcarter@davislucascarter.com

**McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP**

*/s/ Robert H. Smalley*
Robert H. Smalley
Georgia Bar No. 653405
P.O. Box 1105
Dalton, Georgia 30720-1105
Phone:  (706) 508-4292
Fax:  (706) 278-5002
rsmalley@mccamylaw.com

**THE FINNELL FIRM**

*/s/ Robert K. Finnell*
Robert K. Finnell
Georgia Bar No. 261575
1 West Fourth Avenue, Suite 200
Rome, Georgia 30162-0063
Phone:  (706) 235-7272

Fax:  (706) 235-9461
bob@finnellfirm.com

**CRONGEYER LAW FIRM, PC**

*/s/ John W. Crongeyer*
John W. Crongeyer
Georgia Bar No. 197267
2170 Defoor Hills Road
Atlanta, Georgia 30318
Phone:  (404) 542-6205
Fax:  (404) 872-3745

**BIRD LAW GROUP, P.C.**

*/s/ William Q. Bird*
William Q. Bird
Georgia Bar No. 057900
Paul I. Hotchkiss
Georgia Bar No. 368425
2170 Defoor Hills Road
Atlanta, Georgia 30318
Phone:  (404) 873-4696
Fax:  (404) 872-3745

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2023, I electronically filed the foregoing ***STIPULATION OF DISMISSAL WITHOUT PREJUDICE*** with the Clerk of Court by using the Court's electronic filing system (CM/ECF). Copies will be served upon counsel of record indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access this filing through the Court's electronic filing system.

*/s/ J. Anderson Davis*
J. Anderson Davis
Georgia Bar No. 211077
adavis@davislucascarter.com

*Counsel for Plaintiffs*